UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-00158-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNNY RAY PEELE | **ORDER** |

The Court having considered Defendant Johnny Ray Peele's motion requesting leave to file his sentencing materials under seal, and good cause having been shown, it is this _22_ day of ___October___, _2014_ HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to place the Defendant's sentencing letter and its exhibit under seal.

*James C. Dever, III*
Chief United States District Judge